## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| JASON MUZZICATO | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(8) (possession of firearms by a person subject to domestic violence protective order – 1 count) |
| | : | 26 U.S.C. § 5861(d) (possession of an unregistered firearm – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 7, 2019, in Bangor, Northampton County, in the Eastern District of Pennsylvania, defendant

**JASON MUZZICATO,**

who was subject to a court order issued by the Northampton County Court of Common Pleas, at docket no. C0048PF2017000795, on or about November 3, 2017, and expiring on or about November 3, 2020, and issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, and threatening an intimate partner, and that by its terms explicitly prohibited the use, attempted use and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess in and affecting interstate and foreign commerce, at least one of the following firearms:

1

(1) a Mossberg, Model 500, 12 gauge shotgun, bearing serial number U352411, loaded with five live rounds of ammunition;

(2) a Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 372207357, loaded with six live rounds of ammunition;

(3) a Taurus, Model PT 24/7 Pro, .40 caliber semi-automatic pistol, bearing serial number SAR09330, loaded with ten live rounds of ammunition;

(4) a Noveske, Model N-4, .223 caliber semi-automatic AR-15 rifle, bearing serial number E00794, loaded with ten live rounds of ammunition;

(5) a Del-Ton Inc., Model DTI-15, .223 caliber semi-automatic AR-15 rifle, bearing serial number B-41883, loaded with ten live rounds of ammunition;

(6) a Marlin, Model 60, .22 caliber rifle, bearing serial number 02234231;

(7) a Savage, Model 3, bolt action, 7mm rifle, bearing serial number F700473;

(8) a Walther, Model CCP, 9mm semi-automatic pistol, bearing serial number WK079729; and

(9) a Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 371848804.

In violation of Title 18, United States Code, Section 922(g)(8).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 7, 2019, in Bangor, Northampton County, in the Eastern District of Pennsylvania, defendant

**JASON MUZZICATO**

knowingly received and possessed a firearm not registered to him in the National Firearms Registration and Transfer Record, that is, a destructive device (an improvised explosive bomb).

In violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871.

3

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 922(g)(8), and Title 26, United States Code, Sections 5845(a), 5861(d), and 5871, as set forth in this indictment, defendant

**JASON MUZZICATO,**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of these offenses, that is:

(1) a Mossberg, Model 500, 12 gauge shotgun, bearing serial number U352411, loaded with five live rounds of ammunition;

(2) a Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 372207357, loaded with six live rounds of ammunition;

(3) a Taurus, Model PT 24/7 Pro, .40 caliber semi-automatic pistol, bearing serial number SAR09330, loaded with ten live rounds of ammunition;

(4) a Noveske, Model N-4, .223 caliber semi-automatic AR-15 rifle, bearing serial number E00794, loaded with ten live rounds of ammunition;

(5) a Del-Ton Inc., Model DTI-15, .223 caliber semi-automatic AR-15 rifle, bearing serial number B-41883, loaded with ten live rounds of ammunition;

(6) a Marlin, Model 60, .22 caliber rifle, bearing serial number 02234231;

(7) a Savage, Model 3, bolt action, 7mm rifle, bearing serial number F700473;

(8) a Walther, Model CCP, 9mm semi-automatic pistol, bearing serial number WK079729;

(9) a Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 371848804; and

(10) seven destructive devices (improvised explosive bombs).

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

for _Jenfa wilts_
_____
**WILLIAM M. McSWAIN**
**UNITED STATES ATTORNEY**