# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | \* |
| | \* No. 19-cr-358 |
| vs. | \* |
| | \* |
| **JASON MUZZICATO,** | \* |
| | \* |
| **Defendant** | \* |

## MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGES OF SAID COURT:**

AND NOW, comes the Defendant, Jason Muzzicato, by and through the undersigned counsel, John J. Waldron, Esquire, and requests this continuance in the above-captioned matter and states in support thereof:

1. Mr. Muzzicato is presently under indictment for charges filed on June 25, 2019.

2. Mr. Muzzicato is presently scheduled to begin Trial on Monday, Monday, September 23, 2019, at 9:00 A.M.

3. Superseding Indictment was filed in this matter,

4. Superseding Indictment was filed need additional time to attempt to resolve this case.

5. Assistant United States Attorney John Gallagher is unopposed to this continuance request.

WHEREFORE, it is respectfully requested that Mr. Muzzicato's Trial date of Monday, September 23, 2019, be continued by this Honorable Court.

**RESPECTFULLY SUBMITTED:**

<u>/S/ John J. Waldron, Esquire</u>
I.D. # 36853
**HUBER AND WALDRON**
535 Hamilton Mall, Suite 102
Allentown, Pennsylvania 18101
(610)435-9790

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | * |
| | * No. 19-cr-00358 |
| vs. | * |
| | * |
| **JASON MUZZICATO,** | * |
| | * |
| **Defendant** | * |

## CERTIFICATE OF SERVICE

I, John J. Waldron, Esquire, do hereby certify that on September 11, 2019, I have mailed a true and correct copy of the Motion for Continuance on behalf of the Defendant, Jason Muzzicato, by First Class United States Mail upon:

John M. Gallagher, Esquire
Assistant United States Attorney
Eastern District of Pennsylvania
504 Hamilton Street
Allentown, PA  18101

    S/John J. Waldron, Esquire
I.D. #: 36853
**HUBER AND WALDRON**
535 Hamilton Mall, Suite 102
Allentown, Pennsylvania 18101
(610)435-9790

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | * |
| | * No. 19—cr-00358 |
| vs. | * |
| | * |
| JASON MUZZICATO, | * |
| | * |
| Defendant | * |

## ORDER

AND NOW, this _____ day of _____, 2019 it is hereby Ordered and Decreed that the Trial in the above-captioned matter currently scheduled for September 23, 2019, is continued and is rescheduled for the ____ day of _____, 2019 at _____ a.m./p.m.

## BY THE COURT:

The Honorable Joseph F. Leeson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | * |
| | * No. 19-cr-358 |
| vs. | * |
| | * |
| JASON MUZZICATO, | * |
| | * |
| Defendant | * |

    I, Jason Muzzicato, (Defendant), have consulted with my counsel concerning my right under the Speedy Trial Act and my right to a speedy trial under the Sixth Amendment to the U.S. Constitution. I do not oppose a continuance of my trial, now scheduled for September 23, 2019, and agree that the ends of justice served by a continuance outweigh the best interest of the public and myself in a speedy trial. I understand that the time between the filing of a Motion to continue and the new trial date to be set by the Court will be excluded for purposes of computing the time within which my trial must commence under the Speedy Trial Act, and I also agree that this delay will not deprive me of my speedy trial rights under the Sixth Amendment. I understand that if I do not wish to sign this document, the Court will hold a hearing at which I will be present.

_____
Witness Signature

_____
Defendant Signature

_____
9/11/2019
Date