UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:19-cr-00358-001 |
| | : | |
| JASON MUZZICATO | : | |
| USMS: 77261-066 | : | October 30, 2019 |

## AMENDED NOTICE OF TRIAL

**TAKE NOTICE** that **JURY SELECTION** in the above case has been set for **MONDAY, December 9, 2019, 2019** at **9:00 A.M.** before the Honorable Joseph F. Leeson, Jr. at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19101. The **SECOND** and **ALL** subsequent days of **TRIAL** will be held at the Edward N. Cahn Courthouse & Federal Building, Courtroom C, Third Floor, 504 West Hamilton Street, Allentown, Pennsylvania 18101.

**DEFENDANT IS DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

   /s/Christine C. Stein
Christine C. Stein
Acting Deputy Clerk to Judge Leeson
(610) 776-6118


[NO]   INTERPRETER REQUIRED -
[YES]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM: November 4, 2019


Served on    John M. Gallagher, AUSA
                John J. Waldron, Esquire
                Jason Muzzicato, Defendant
                U.S. Marshal
                Probation Office
                Pretrial Services
                Crystal Wardlaw